IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 9 2007

GREGORY C. LANGHAM
CLERK

Civil Action No.   04-cv-01639-LTB-PAC

LORRAINE B. MALDONADO,

    Plaintiff(s),

v.

MY TWINN,

    Defendant(s).

---

### ORDER FOR SERVICE BY UNITED STATES MARSHAL

---

In this *pro se* Title VII action, plaintiff has been granted leave to proceed pursuant to 28 U.S.C. §1915.  On January 13, 2005, the court ordered the United States Marshals Service to serve the defendant.  The U.S. Marshal filed a Return of Service on February 7, 2005 certifying that the defendant had waived service.  However, the file does not contain legal evidence of service upon the defendant. Instead,  a "Request of Waiver of Service of Summons" filled out by the *pro se* plaintiff is attached to the Return of Service form filed on February 7, 2005.  If the Marshal's Service received a signed waiver of service from the defendant, it has not been filed.  Accordingly, it is

HEREBY **ORDERED** that the U.S. Marshals Service shall either file a signed "Waiver of Service of Summons" from the defendant, or, serve a copy of the complaint, summons and the order granting leave to proceed pursuant to 28 U.S.C. §1915 on the defendant.

Dated May 22, 2007.

                                        BY THE COURT:

                                        s\ O. Edward Schlatter
                                        O. EDWARD SCHLATTER
                                        United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 04-cv-01639-LTB-PAC

Lorraine B. Maldonado
4132 Clayton St.
Denver, CO 80216

US Marshal Service
Service Clerk
Service forms for: My Twinn Doll Company

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on My Twinn Doll Company: TITLE VII COMPLAINT FILED on 08/10/04, Order granting Leave to Proceed pursuant to 28 U.S.C. § 1915, SUMMONS, NOTICE OF WAIVER, AND CONSENT FORM on 5-29-07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk