IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 04-cv-01639-LTB-KLM

LORRAINE B. MALDONADO,

    Plaintiff,

v.

MY TWINN,

    Defendant.

_____

**ORDER**
_____

This case is before me on the recommendation of Magistrate Judge Kristen L. Mix issued and served on November 6, 2007 (Doc 27). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the Recommendation of the Magistrate Judge is ACCEPTED and this action is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorney fees. Defendant's Motion to Dismiss (Doc 19) is DENIED AS MOOT.

                                  BY THE COURT:

                                  s/Lewis T. Babcock
                                  Lewis T. Babcock, Judge

DATED: December 13, 2007